1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 FAX: (916) 920-7951
E mail: jaygreiner@midtown.net
5

6 ATTORNEY FOR DEFENDANT
JEREMY VAUGHAN
7

8
IN THE UNITED STATES DISTRICT COURT FOR THE
9
EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA, ) CR.-S-08-362-JAM
)
12 PLAINTIFF, ) STIPULATION AND
) ORDER CONTINUING THE
13 v. ) JUDGMENT AND SENTENCING
) DATE AND SETTING A STATUS
14 JEREMY VAUGHAN, et al., ) CONFERENCE /POTENTIAL
) JUDGMENT AND SENTENCING
15 DEFENDANTS. ) DATE OF TUESDAY,
_____) NOVEMBER 17, 2009
16

17     Plaintiff United States of America, by its counsel, Assistant United States

18 Attorney, Mr. Michael Beckwith and defendant, Mr. Jeremy Vaughan,by his attorney,

19 Mr. James R. Greiner, hereby stipulate and agree that the current Court date of

20 Tuesday, September 8, 2009, can be vacated by the Court. The parties agree and

21 stipulate that a status conference/potential judgment and sentencing date of Tuesday,

22 November 17, 2009, can be set by the Court.

23     As of August 19, 2009, Mr. Jeremy Vaughan had a new attorney appointed to

24 represent him in this matter. (See Docket # 86)

25     The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure

26 the Court's calendar was available for judgment and sentence on that date and the

27 Court is available on Tuesday, November 17,2009.

28
1

It is so stipulated and agreed.

                                  LAWRENCE G. BROWN
                                  ACTING UNITED STATES ATTORNEY

                                  /s/ Michael Beckwith by telephone authorization

DATED: 9-01-09
                                  Michael Beckwith
                                  ASSISTANT UNITED STATES ATTORNEYS
                                  ATTORNEYS FOR THE PLAINTIFF

DATED: 9-01-09                      /s/ James R. Greiner

                                  James R. Greiner
                                  Attorney for Defendant
                                  Jeremy Vaughan

## **ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: September 2, 2009.

                                  /s/ John A. Mendez
                                  **JOHN A. MENDEZ**
                                  **UNITED STATES**
                                  **DISTRICT COURT JUDGE**